IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH SMITH,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL NO. 10-616-GPM |
| | ) |
| **WARDEN GAETZ,** | ) |
| | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on Petitioner's motion to voluntarily dismiss his petition for a writ of habeas corpus (Doc. 8). At this stage of the case, voluntary withdrawal of his habeas petition is Petitioner's right under Federal Rule of Civil Procedure 41(a)(1)(A)(i); accordingly, this action is **DISMISSED without prejudice**. All pending motions are **DENIED** as moot, and the Order to Show Cause entered on October 5, 2010, is **DISCHARGED**.

**IT IS SO ORDERED**.

DATED: 11/01/10

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge